UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRAVELL MAURICE LYNN WEAKLEY,

       Plaintiff,                Case No. 1:22-cv-982

v.                                         Honorable Ray Kent

L. PAUL BAILEY et al.,

       Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over these claims.

Dated:   January 27, 2023                  /s/ Ray Kent
                                                           Ray Kent
                                                           United States Magistrate Judge